UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDGAR OMAR PADILLA, GERMAN
BARRERA CORTES, GREGORIO
HERIBERTO ISEM, NOE PACHECO
ARELLANES, and RAUL VICENTE
VICENTE, *individually and on behalf of
others similarly situated,*

                            Plaintiffs,

                         -against-

SUSHI GAMA CORP. (D/B/A SUSHI
GAMA), EVAN CHEN (a/k/a CHI YONG CHEN), and
SHANE CHEN
                         *Defendants.*
-----------------------------------------------------------------X

Docket No.: 19-cv-05629-PGG-DCF

**STIPULATION OF DISMISSAL**

        **WHEREAS**, Plaintiffs Edgar Omar Padilla, German Barrera Cortes, Gregorio Heriberto Isem, Noe Pacheco Arellanes, and Raul Vicente Vicente ("Plaintiffs"), filed a Complaint ascertaining claims for inter alia, the failure to pay minimum wages, overtime compensation, and spread of hours pay under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), the New York Labor Law §§ 190 *et seq.* and 650 *et seq.* ("NYLL"), and applicable regulations; and

        **WHEREAS**, Plaintiffs and Defendants, Sushi Gama Corp. (d/b/a Sushi Gama), Evan Chen (a/k/a Chi Yong Chen) and Shane Chen ("Defendants") (collectively with Plaintiff, the "Parties"), reached a settlement of this action and Plaintiffs' claims through arms-length negotiations, and have entered into a Settlement Agreement and Release (the "Agreement"), formally memorializing the Parties' settlement; and

        **WHEREAS**, the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, inter alia, a bona fide dispute over provisions of the FLSA, the NYLL, WTPA, and applicable regulations;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: 12/30/21

CSM LEGAL, P.C.

By: _____
Jesse Barton, Esq.
60 East 42nd Street, Suite, 4510
New York, New York 10165
(212) 317-1200
*Attorneys for Plaintiffs*

GENG & ASSOCIATES, P.C.

By: _____
Sylvia Pihui Tsai, Esq.
39-07 Prince St, Ste 3G
Flushing, New York 11354
Attorney for Defendants

SO ORDERED:

_____
HON. JUDGE PAUL G. GARDEPHE
Dated: December 30, 2021